UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN REINHART,

       Plaintiff,                                         Civil Action No. 22-11074

v.

                                                       Hon. Mark A. Goldsmith

CITY OF BIRMINGHAM,

       Defendant.
_____/

## ORDER FOR RESPONSE TO DEFENDANT'S MOTION TO ADJOURN SCHEDULING DATES AND SECOND MOTION TO COMPEL (Dkt. 58)

Defendant the City of Birmingham has filed a motion to adjourn scheduling dates and to compel Plaintiff John Reinhart to submit to an independent medical examination. Plaintiff's response to the motion shall be filed within seven days of the date of this order; reply due within three days of the filing of Plaintiff's response. A hearing on this motion is set for December 20, 2023 at 3:30 p.m.

SO ORDERED.

Dated: November 22, 2023            s/Mark A. Goldsmith
Detroit, Michigan                      MARK A. GOLDSMITH
                                            United States District Judge

I hereby certify that a copy of this order was electronically filed, and the parties and/or counsel of record have been served.
                                             s/ Lisa Bartlett for Karri Sandusky
Dated: November 22, 2023            Case Manager